**Affirmed and Memorandum Opinion filed February 11, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00547-CR

---

**RICKY HAYWOOD-WATSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause No. 1494189**

---

## MEMORANDUM OPINION

Appellant appeals his conviction for continuous sexual abuse of a child. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967), presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On October 14, 2019, appellant filed a pro se response to counsel's brief. Appellant also filed a reply to the State's brief on December 16, 2019.

We have carefully reviewed the record, counsel's brief, appellant's response and reply, and the State's brief, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief or pro se response would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).